**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **RON LEE,** | ) | 1:07-CV-1421-AWI WMW HC |
| | ) | |
| Petitioner, | ) | **ORDER REQUIRING** |
| | ) | **RESPONDENT TO FILE** |
| vs. | ) | **RESPONSIVE PLEADING** |
| | ) | |
| | ) | **ORDER SETTING BRIEFING** |
| **NORM KRAMER,** | ) | **SCHEDULE** |
| | ) | |
| Respondent. | ) | **ORDER DIRECTING CLERK** |
| | ) | **OF COURT TO SERVE** |
| | ) | **DOCUMENTS** |
| _____ | ) | |

Petitioner is pretrial detainee proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2241(c)(3). Relief by way of a petition for writ of habeas corpus extends to a person in custody pursuant to the judgment of a state court if the custody is in violation of the Constitution or laws or treaties of the United States. 28 U.S.C. § 2254(a); 28 U.S.C. § 2241(c)(3).

The Court has conducted a preliminary review of the Petition. Accordingly, pursuant

to Rule 16 of the Federal Rules of Civil Procedure,[1] the Court HEREBY ORDERS:

 (1) Respondent SHALL SUBMIT a RESPONSIVE pleading by filing the following:

  A. AN ANSWER addressing the merits of the Petition and due within **SIXTY (60)** days of the *date of service* of this order.  Rule 4, Rules Governing Section 2254 Cases; <u>Cluchette v. Rushen</u>, 770 F.2d 1469, 1473-1474 (9th Cir. 1985) (court has discretion to fix time for filing an Answer.).

   1) Respondent SHALL INCLUDE with the Answer any and all transcripts or other documents necessary for the resolution of the issues presented in the Petition. Rule 5 of the Rules Governing Section 2254 Cases.

   2) Petitioner's TRAVERSE, if any, is due **THIRTY (30)** days from the date Respondent's Answer is filed with the Court.

   3) Unless already submitted, both Respondent and Petitioner SHALL COMPLETE and RETURN to the Court along with the Response or Motion to Dismiss, a Consent form indicating whether the party consents or declines to consent to the jurisdiction of a the United States Magistrate Judge pursuant to Title 28 U.S.C. § 636(c)(1).

   4) RESPONDENT SHALL submit a Notice of Appearance as

---

[1] The Federal Rules of Civil Procedure are "applicable to habeas corpus proceedings to the extent that the practice in such proceedings are not set forth in the statutes of the United States and has heretofore conformed to the practice of civil actions." Fed.R.Civ.P. 81(a)(2). Rule 11 also provides "the Federal Rules of Civil Procedure, to the extent that they are not inconsistent with these rules, may be applied, when appropriate, to the petitions filed under these rules." Rule 11, Rules Governing Section 2254 Cases.

1 attorney of record within **SIXTY (60)** days of the date of
2 service of this order for purposes of service of court orders.
3 <u>See</u>, Local Rule 83-182(a), 5-135(c).
4 5The Clerk of the Court is DIRECTED to SERVE a copy of this order
5 along with a PDF-form copy of the PETITION and any
6 exhibits/attachments, on the Attorney General or his representative.
7 All motions shall be submitted on the record and briefs filed without oral argument
8 unless otherwise ordered by the Court. Local Rule 78-230(h). All provisions of Local Rule
9 11-110 are applicable to this order.
10 IT IS SO ORDERED.
11 **Dated: November 8, 2007**         /s/ William M. Wunderlich
                                                                      UNITED STATES MAGISTRATE JUDGE

3