IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON LEE,<br><br>    Petitioner,<br><br>vs.<br><br>NORM KRAMER,<br><br>    Respondent.<br>_____ | 1:07-CV-1421-AWI WMW HC<br><br>ORDER REQUIRING RESPONDENT TO FILE RESPONSIVE PLEADING TO REQUEST FOR EMERGENCY DETAINER |

    Petitioner is pretrial detainee proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2241(c)(3).  On November 5, 2007, Petitioner filed a request for an emergency detainer to prevent his transfer during the pendency of the present habeas corpus proceeding.  Petitioner states that he has been informed that he will be transferred out of this jurisdiction to stand trial for his involuntary civil commitment, which is the subject of this habeas corpus petition.

    Accordingly, Respondent is HEREBY ORDERED to provide the court with his

response to Petitioner's request within twenty (20) days of the date of service of this order.

IT IS SO ORDERED.

**Dated:    December 26, 2007**              **/s/  William M. Wunderlich**
                                            UNITED STATES MAGISTRATE JUDGE

2