1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **RON LEE,** | ) | **1:07-CV-1421-AWI WMW HC** |
| | ) | |
| **Petitioner,** | ) | **ORDER GRANTING** |
| | ) | **RESPONDENT'S MOTION TO** |
| **vs**. | ) | **TRANSFER CASE TO** |
| | ) | **CENTRAL DISTRICT** |
| | ) | |
| **NORM KRAMER,** | ) | **[Doc. 15]** |
| | ) | |
| **Respondent.** | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

Petitioner is pretrial detainee proceeding pro se on a petition for writ of habeas corpus

pursuant to 28 U.S.C. Section 2241(c)(3).  On January 7, 2008, Respondent filed an

application for this case to be transferred to the Central District.  For the reasons stated

therein, Respondent's application is HEREBY GRANTED.  The Clerk of the Court is

HEREBY DIRECTED to transfer this case to the United States District Court for the Central

1   District of California.

2   IT IS SO ORDERED.

3   **Dated:    January 30, 2008**                    /s/  **William M. Wunderlich**
                                             UNITED STATES MAGISTRATE JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                             2